UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE NICHOLS )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>VIKING COLLECTION SERVICES, )<br>INC. )<br>Defendant. )<br>_____ ) | CIVIL ACTION<br>FILE NO. 5:10-cv-01056-DNH – DEP<br><br>NOTICE OF SETTLEMENT |

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
OCT 04 2010
LAWRENCE K. BAERMAN Clerk
UTICA

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Northern District of New York, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 28th day of September, 2010.

ATTORNEYS FOR PLAINTIFF
*Katherine Nichols*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
*Weisberg & Meyers, LLC*
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

SO ORDERED
DAVID N. HURD
United States District Judge
Dated: 10/4/10
Utica, NY

Notice Filed electronically on this 28th day of September, 2010, with:

United States District Court CM/ECF system

s/Jessica DeCandia
Jessica DeCandia