UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE NICHOLS )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>VIKING COLLECTION SERVICES, )<br>INC. )<br>Defendant. )<br>_____) | CIVIL ACTION<br>FILE NO. 5:10-cv-01056-DNH DEP<br><br>NOTICE OF DISMISSAL OF CASE |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Northern District of New York, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 20th day of October, 2010.

ATTORNEYS FOR PLAINTIFF
*Katherine Nichols*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
***Weisberg & Meyers, LLC***
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

Notice Filed electronically on this 20th day of October, 2010, with:

United States District Court CM/ECF system


s/Jessica DeCandia
Jessica DeCandia